| Creditor: | Specialized Loan Servicing LLC |
|---|---|
| Debtor: | Kim Louise Malia |
| Case No.: | 17-14582-ref |
| Loan No.: | ▓▓▓▓0 |
| Our File No.: | 4127-N-2924 |
| Collateral: | 202 Hamilton Avenue<br>Bethlehem, Pennsylvania 18017 |

**PAYMENTS RECEIVED**

| Loan Status as of: | 12/4/2017 |
|---|---|
| Initial Due Date: | 8/1/2017 |

| Date Received | Amount Received | Due Date | Amount Due | NSF/Late Charges/Other | Paid Over/Short | Description |
|---|---|---|---|---|---|---|
| | $ - | 8/1/2017 | $ 1,244.77 | $ - | $ (1,244.77) | Payment Accrued |
| 8/23/2017 | $ 1,288.45 | | | $ - | $ 1,288.45 | Funds Received |
| | $ - | 9/1/2017 | $ 1,244.77 | $ - | $ (1,244.77) | Payment Accrued |
| | $ - | 10/1/2017 | $ 1,244.77 | $ - | $ (1,244.77) | Payment Accrued |
| | $ - | 11/1/2017 | $ 1,244.77 | $ - | $ (1,244.77) | Payment Accrued |
| | $ - | 12/1/2017 | $ 1,244.77 | $ - | $ (1,244.77) | Payment Accrued |
| **Total:** | $ 1,288.45 | | $ 6,223.85 | $ - | $ (4,935.40) | |

| Delinquent Payments | Days Delinquent: | 94 | | |
|---|---|---|---|---|
| Month Due | P&I Due | Escrow Due | Stip Due | Total Due |
| 9/1/2017 | $ 818.71 | $ 426.06 | $ - | $ 1,244.77 |
| 10/1/2017 | $ 818.71 | $ 426.06 | $ - | $ 1,244.77 |
| 11/1/2017 | $ 818.71 | $ 426.06 | $ - | $ 1,244.77 |
| 12/1/2017 | $ 818.71 | $ 426.06 | $ - | $ 1,244.77 |
| Delinquency | | | | $ 4,979.08 |
| Less Suspense | | | | $ 43.68 |
| Total Delinquency | | | | $ 4,935.40 |