United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-14582-ref
Kim Louise Malia                                                Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Lisa              Page 1 of 2              Date Rcvd: Jul 19, 2018
                              Form ID: pdf900         Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2018.
```
db           +Kim Louise Malia,    202 Hamilton Ave.,    Bethlehem, PA 18017-4604
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg          +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr           +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
13993923      CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
               Greenville, SC 29603-0368
13947377     +CWS/CW Nexus,    101 Crossways Park Dr. W.,    Woodbury, NY 11797-2020
13947379     +Parker McCay, PA,    9000 Midlantic Drive, Ste. 300,    P.O. Box 5054,
               Mount Laurel, NJ 08054-5054
13947381     +Specialized Loan Servicing, LLC,    8742 Lucent Blvd.,    Highlands Ranch, CO 80129-2386
13947380     +Specialized Loan Servicing, LLC,    8742 Lucent Blvd. Ste. 300,    Highlands Ranch, CO 80129-2386
13963099     +The Bank of New York Mellon,    c/o Matteo S. Weiner, Esq.,    701 Market St, Ste 5000,
               Philadelphia, PA 19106-1541
13976679     +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14029763      U S Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
13947382      U.S. Dept. of Education/GSL/ATL,    P.O. Box 4222,    Iowa City, IA 52244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 20 2018 02:26:10
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 20 2018 02:26:22     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13959508      E-mail/Text: ally@ebn.phinsolutions.com Jul 20 2018 02:25:55     Ally Bank,    PO Box 130424,
               Roseville MN 55113-0004
13947375     +E-mail/Text: ally@ebn.phinsolutions.com Jul 20 2018 02:25:55     Ally Financial,
               200 Renaissance Ctr.,    Detroit, MI 48243-1300
13947376     +E-mail/Text: csd1clientservices@cboflanc.com Jul 20 2018 02:26:35     CB Lancaster,
               218 West Orange St.,    Lancaster, PA 17603-3746
13947378     +E-mail/Text: electronicbkydocs@nelnet.net Jul 20 2018 02:26:18     Dept. of Education/Nelnet,
               121 S. 13th St.,    Lincoln, NE 68508-1904
13965909     +E-mail/Text: electronicbkydocs@nelnet.net Jul 20 2018 02:26:18
               US Department of Education co Nelnet,    121 SOUTH 13TH STREET SUITE 201,
               LINCOLN, NE 68508-1911
13947383     +E-mail/Text: zzawarski@zawarskilaw.com Jul 20 2018 02:26:34     Zachary Zawarski, Esq.,
               1441 Linden Street,    Bethlehem, PA 18018-2606
                                                                                              TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14065725*    +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: Lisa                 Page 2 of 2                  Date Rcvd: Jul 19, 2018
                              Form ID: pdf900            Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of NewYork
               et al.... bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of
               NewYork et al.... bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
              ZACHARY  ZAWARSKI    on behalf of Debtor Kim Louise Malia zzawarski@zawarskilaw.com
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

KIM LOUISE MALIA
                                                    : Bankruptcy No. 17-14582REF
        Debtor(s)                                   : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: July 19, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ZACHARY ZAWARSKI ESQ
3001 EASTON AVENUE
BETHLEHEM PA 18017-

KIM LOUISE MALIA
202 HAMILTON AVE.
BETHLEHEM,PA.18017